IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DIANA POSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-1141-D |
| | ) | |
| ANDREW SAUL, Commissioner of | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 20], issued by United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. § 636(b)(1). Judge Jones finds that the Commissioner's decision denying Plaintiff's applications for disability insurance benefits and supplemental security income should be affirmed pursuant to 42 U.S.C. § 405(g). Plaintiff, who is represented by counsel, has not filed a timely objection nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further judicial review.[1]

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 20] is ADOPTED in its entirety. The Commissioner's decision is AFFIRMED. A separate judgment shall be entered accordingly.

---

[1] *See Moore v. United States*, 950 F.2d 656 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS SO ORDERED this 5th day August, 2019.

TIMOTHY D. DeGIUSTI
Chief United States District Judge